FILED

09 SEP -1 PM 1:38

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF 

CV 09 80 240 MISC

Rosalyn Patrece Mitchell - #173829

_____/

## ORDER TO SHOW CAUSE

It appearing that Rosalyn Patrece Mitchell has been enrolled as an inactive member of the State Bar of California pursuant to Rule 9.31 of the California Rules of Court and that she may not practice law while so enrolled effective July 1, 2009,

**IT IS ORDERED**

That respondent show cause in writing on or before October 1, 2009 as to why she should not be suspended from practice before this Court.

Dated: _____

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Rosalyn Patrece Mitchell
Nixon Peabody LLP
1 Embarcadero Center, 18th Floor
San Francisco, CA 94111-3996