**FILED**

OCT 21 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:

Rosalyn Patrece Mitchell,

State Bar No 173829

No CV-09-80240 MISC VRW

ORDER

_____/

On September 1, 2009, the court issued an order to show cause (OSC) why Rosalyn Patrece Mitchell should not be removed from the roll of attorneys authorized to practice law before this court based on her inactive enrollment pursuant to Rule 9.31 of the California Rules of Court.

The OSC was mailed to Ms Mitchell's address of record with the State Bar on September 4, 2009. In response to the OSC, Ms Mitchell advised the court that she has paid the requisite fees and is now an active member of the California State Bar and the Bar web site indicates that Ms Mitchell is now on active status as of September 10, 2009, and may practice law in California.

The OSC is therefore discharged. The clerk is directed to close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the matter of:

Rosalyn Patrece Mitchell,

Case Number: C09-80240   VRW

**CERTIFICATE OF SERVICE**

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 21, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rosalyn Patrece Mitchell
702 SW 8th Street,  MS 0215
Bentonville, Arkansas 72716-0215


Dated: October 21, 2009

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk